1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    DOMENICA LEWIS, *et al.*,

11              Plaintiffs,                         No. C 16-03581 WHA

12    v.

13    SILVERTREE MOHAVE HOMEOWNERS'              **REQUEST FOR RESPONSE**
      ASSOCIATION, *et al.*,                     **RE MOTION FOR**
14                                               **APPOINTMENT OF INTERIM**
              Defendants.                        **CLASS COUNSEL**
15    _____/

16

17          As a prior order stated, "it is reasonable to discount class members' claims by the risk of

18    litigation on the merits, but it is not reasonable to further discount claims by the risk that class

19    certification will be denied (Dkt. No. 19 at 5 (citing Howard Erichson, *Beware the Settlement*

20    *Class Action*, DAILY JOURNAL, Nov. 24, 2014)).  Accordingly, the undersigned discourages

21    settlement discussions before the class-certification stage.  Nevertheless, plaintiffs seek to

22    appoint interim class counsel to attend a settlement conference before the class-certification

23    stage (Dkt. No. 49).

24          By THURSDAY, MARCH 9 AT NOON, plaintiffs shall make a preliminary showing that

25    they are likely to succeed in certifying a class under Rule 23.  Additionally, plaintiffs shall

26    indicate whether any circumstances — besides the apparent wasting of defendants' insurance

27    policy — require the urgency of discussing a settlement before the class is certified.  Plaintiffs

28    shall please also clarify the significance of their position that certain individual defendants

      might also be members of the putative class with regard to any such urgency.

**United States District Court**
For the Northern District of California

Please be aware that the undersigned does not use his middle initial, and, anyway, it is H, not A.

**IT IS SO ORDERED.**

Dated:    March 1, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California