**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOMENICA LEWIS, *et al.*,

    Plaintiffs,

v.

SILVERTREE MOHAVE HOMEOWNERS' ASSOCIATION, *et al.*,

    Defendants.

No. C 16-03581 WHA

**ORDER APPOINTING INTERIM CLASS COUNSEL**

    This order finds there is good cause to appoint the Law Foundation of Silicon Valley and Winston & Strawn LLP as interim class counsel for the purpose of mediation on a class-wide basis. with Thomas Zito to serve as lead counsel.  To be clear this is *not yet* a finding that a class is appropriate under Rule 23.

    **IT IS SO ORDERED.**

Dated: March 24, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE