IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOMENICA LEWIS, *et al.*,

    Plaintiffs,

  v.

SILVERTREE MOHAVE HOMEOWNERS' ASSOCIATION, INC., *et al.*,

    Defendants.

No. C 16-03581 WHA

**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

For the reasons stated on the record, preliminary approval of class action settlement is **GRANTED**.

The parties shall submit a proposed class notice no later than **JUNE 29**, which notice shall be disseminated by mail to settlement class members by **JULY 24**. The last day for class members to object or opt out is **SEPTEMBER 11**. The final approval hearing shall take place on **OCTOBER 26**. The class certification hearing, and all other dates set forth in the case management scheduling order are **VACATED**, subject to reset if final approval is not granted.

**IT IS SO ORDERED.**

Dated: June 15, 2017.

                    WILLIAM ALSUP
                    UNITED STATES DISTRICT JUDGE