| | |
|---|---|
| DOMENICA LEWIS et al.<br><br>Plaintiffs,<br><br>v.<br><br>SILVERTREE MOHAVE HOMEOWNERS' ASSOCIATION, INC., et al.<br><br>Defendants. | **Case No. 3:16-CV-03581-WHA (JSC)**<br><br>**[PROPOSED] ORDER GRANTING PARTIES' JOINT ADMINISTRATIVE MOTION SEEKING TO FILE NAMES AND ADDRESSES OF CLASS MEMBERS UNDER SEAL** |

Based upon the parties' joint administrative motion and supporting documents provided, and good cause appearing, it is hereby ordered that the parties are permitted to file Exhibit B of the Declaration of H. Jacob Hack, containing the names and current addresses of all class member households to whom notice is sent, under seal.

Dated: September 27, 2017

_____
**Hon. William Alsup**
**U.S. District Court Judge**