IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOMENICA LEWIS, *et al.*,

    Plaintiffs,

  v.

SILVERTREE MOHAVE HOMEOWNERS' ASSOCIATION, INC., *et al.*,

    Defendants.

No. C 16-03581 WHA

**ORDER GRANTING ADMINISTRATIVE MOTION TO ENLARGE TIME AS MODIFIED**

Defendants Silvertree Mohave Homeowners' Association, Inc., Carol Lee Adams, Marilyn Black, Anand Bhaskaran, Tamela Durant, and Donald Murphy move to enlarge time to respond to plaintiffs' Domenica Lewis and Project Sentinel's motion for attorneys' fees (Dkt. No. 98). Defendants seek an additional 90 days in order to review plaintiffs' billing records, and take discovery in connection with plaintiffs' attorneys' fees motion, including seeking documents related to the employment experience of plaintiffs' time keepers (Dkt. No. 99 at 4 n.6), and plaintiffs' fee agreements (Dkt. No. 98-3).

Defendants motion to enlarge time is **GRANTED AS MODIFIED HEREIN**. Defendants shall file their opposition to plaintiffs' attorneys' fees motion by **OCTOBER 26**. Plaintiffs shall reply by **NOVEMBER 2**. The hearing on plaintiffs' motions for attorneys' fees and for final approval of class action settlement is continued to **NOVEMBER 16 AT 8:00 A.M.**

To the extent that defendants seek discovery into plaintiffs' attorneys fees, they shall provide their own detailed time records covering the same relevant periods and tasks for plaintiffs to inspect.

**IT IS SO ORDERED.**

Dated: October 3, 2017.


WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE