R. DEWEY WHEELER (State Bar No. 129968)
dewey.wheeler@mcnamaralaw.com
LISA R. ROBERTS (State Bar No. 141171)
lisa.roberts@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
Silvertree Mohave Homeowners' Association, Carol Lee Adams
aka Lee Adams, Marilyn Black, Anand Bhaskaran, Tamela
Durant and Donald W. Murphy

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMENICA LEWIS; JERROLD LEWIS; DOMENICA LEWIS as guardian ad-litem for their minor children S.L and E.L, on behalf of themselves and all others similarly situated; and PROJECT SENTINEL, a California non-profit corporation, on behalf of itself and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>SILVERTREE MOHAVE HOMEOWNERS' ASSOCIATION, INC., CAROL LEE ADAMS a/k/a LEE ADAMS, MARILYN BLACK, ANAND BHASKARAN, and TAMELA DURANT, individually and as members of the Board of Directors of Silvertree Mohave Homeowners' Association, Inc.; and DONALD W. MURPHY individually and d/b/a MANAGEMENT SOLUTIONS,<br><br>Defendants. | Case No. 16-CV-03581-WHA<br><br>**DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Action Filed: 6/24/2016<br><br>Date: November 16, 2017<br>Time: 8:00 a.m.<br>Courtroom: 8, 19th Floor<br>Judge: Hon. William Alsup |

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

Defendants Silvertree Mohave Homeowners' Association, Carol Lee Adams aka Lee Adams, Marilyn Black, Anand Bhaskaran, Tamela Durant and Donald W. Murphy have no opposition to Plaintiffs' Motion for Final Approval of Class Settlement filed on September 21, 2017.

Dated: October 26, 2017

McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP

By: _____
R. Dewey Wheeler
Lisa R. Roberts
Attorneys for Defendants
Silvertree Mohave Homeowners' Association, Carol Lee Adams aka Lee Adams, Marilyn Black, Anand Bhaskaran, Tamela Durant and Donald W. Murphy