| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | IN THE UNITED STATES DISTRICT COURT |
| 7 | |
| 8 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |

DOMENICA LEWIS, JEROLD LEWIS, DOMENICA LEWIS as guardian ad-litem for her minor children, and PROJECT SENTINEL,

    Plaintiffs,

v.

SILVERTREE MOHAVE HOMEOWNERS' ASSOCIATION, INC., CAROL LEE ADAMS, MARILYN BLACK, ANAND BHASKARAN, and TAMELA DURANT, individually and as members of the Board of Directors, and DONALD MURPHY individually and d/b/a/ MANAGEMENT SOLUTIONS,

    Defendants.

No. C 16-03581 WHA

**ORDER RE UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO MODIFY ORDER GRANTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

The Court is in receipt of plaintiffs' unopposed administrative motion to modify the order granting its motion for final approval of class action settlement (Dkt. No. 107). Plaintiffs request that the remaining $8,038.98 in the settlement fund be disbursed as *cy-pres* to Olive Children's Foundation in Fremont, California. Our court of appeals has articulated guiding standards for the review of a proposed *cy-pres* award, requiring that it: (1) address the objectives of the underlying statutes, (2) target the plaintiff class, or (3) provide reasonable certainty that any class member will be benefitted. *Six Mexican Workers v. Arizona Citrus Growers*, 904 F.2d 1301, 1307 (9th Cir.1990). The underlying claim in this litigation was that child class members were being harassed by the homeowner's association board for playing in common areas of their

condominium complex in Fremont.  Olive Children's Foundation provides children with programs to develop their leadership skills and engagement with the community, which addresses the objectives of the underlying litigation.  Accordingly, to the foregoing extent, the motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated:   June 27, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE